UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CECIL SHAW,<br><br>                Plaintiff,<br>v.<br><br>RICARDO'S CAMINO REAL INC. et al,<br><br>                Defendants. | Case No.: 5:13-cv-00427-PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The docket indicates the parties have agreed to fully settle this case.[1]  Accordingly, IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than December 9, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, December 10, 2013, at 10:00 a.m. to show cause why the case should not be dismissed.

---

[1] *See* Docket No. 18 (indicating mediation resulted in a settlement).

1

Case No.: 5:13-cv-00427-PSG
ORDER

IT IS SO ORDERED.

Dated: October 9, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge